## INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 16 2011 ★
BROOKLYN OFFICE

**CR 11 644**

**MATSUMOTO, J.**

**\_ARTER, M.J.**

1. Title of Case: **United States v. Steven Show**

2. Related Magistrate Docket Number(s):
   None ( )

3. Arrest Date:

4. Nature of offense(s):  ☒ Felony
   ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):___09-CR-596 (KAM) (See relation letter)__

6. Projected Length of Trial:   Less than 6 weeks   (X)
   More than 6 weeks   ( )

7. County in which crime was allegedly committed: **Queens**
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   ( ) Yes   (X) No

9. Have arrest warrants been ordered?   ( ) Yes   (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
Alexander A. Solomon
Assistant U.S. Attorney
718-254-6074

Rev. 3/22/01